**Order entered April 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01621-CV
No. 05-15-00363-CV

**IN THE INTEREST OF K.G, A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17435-Z**

## ORDER

The Court has reviewed the clerk's record in these cases. Upon review of the clerk's record, the Court concludes that there is a substantial overlap among the issues presented in the cases. Accordingly, on its own motion, the Court **CONSOLIDATES** cause number 05-14-01621-CV into cause number 05-15-00363-CV. The Court **ORDERS** the Clerk of Court to remove all documents from file number 05-14-01621-CV and refile them in cause number 05-15-00363-CV and treat cause number 05-14-01621-CV as a closed case. The Court **ORDERS** that all future pleadings be filed only in cause number 05-15-00363-CV.

The Court's previous order in cause number 05-14-01621-CV requiring that the reporter's record be filed on or before April 20, 2015 remains in effect, provided, however, that the reporter's record shall be filed in cause number 05-15-00363-CV on or before April 20, 2015.

The court directs the Clerk of Court to provide a copy of this order to all parties of record in cause number 05-14-01621-CV and in cause number 05-15-00363-CV and to Glenda E. Finkley, official court reporter of the 256th Judicial District Court.

/s/     ELIZABETH LANG-MIERS
           JUSTICE